LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN MCALLISTER,<br><br>  Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P.<br>and ASTRAZENECA, L.P.,<br><br>  Defendants. | CASE NO. C 06 0568 SC<br><br>Before the Honorable Samuel Conti<br><br>[~~PROPOSED~~] **ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Conference Date:  May 12, 2006<br>Conference Time:  10:00 a.m.<br>Location:  Courtroom 1, 17th Floor<br>  San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 12, 2006 Case Management Conference ("CMC") to __9/22/06__, at __10:00 A.M.__ In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: __mAY 5, 2006__

Honorable
United States

*[signature: Samuel Conti]*
Judge Samuel Conti