UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN A. MCALLISTER,<br><br>         Plaintiff,<br><br>    v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P. et al.,<br><br>         Defendants. | No. C-06-0568 SC<br><br>ORDER DISMISSING MOTION TO DISMISS ACTION WITHOUT <u>PREJUDICE</u> |

    Plaintiff Kathleen A. McAllister moves the Court to dismiss her action without prejudice under Local Rule 7-11 and Federal Rule of Civil Procedure 41(a)(2).  The Court no longer has jurisdiction over this action, and so DISMISSES the motion.

    The Multidistrict Litigation Act, 28 U.S.C. § 1407, provides that "[o]rders of transfer . . . shall be filed in the office of the clerk of the district court of the transferee district and shall be effective when thus filed."  Once an order of transfer is so effected, "the tranferee court assumes complete jurisdiction for pretrial purposes," and, consequently, the analogous jurisdiction of the transferor court is extinguished. <u>In re "Agent Orange" Product Liability Litigation</u>, 304 F. Supp.

2d 404, 416 (E.D.N.Y. 2004).

On July 10, 2006, a Transfer Order was filed in the Middle District of Florida and docketed under the case number 6:06-MD-1769. The Transfer Order <u>inter</u> <u>alia</u> transferred Plaintiff's action to the District Court of the Middle District of Florida. Transfer Order, <u>In re Seroquel Product Liability Litigation</u>, Schedule A, Docket No. 1769 (July 6, 2006). Thus, the District Court of the Middle District of Florida has complete jurisdiction over Plaintiff's action, including pretrial motions such as the instant motion to dismiss without prejudice. And this Court is consequently deprived of jurisdiction over this action.

For the foregoing reason, Plaintiff's motion to dismiss without prejudice is DISMISSED.

IT IS SO ORDERED.

Dated: July 27, 2006

_____
UNITED STATES DISTRICT JUDGE